# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Greg Eugene McIntosh<br><br>*Defendant(s)* | )<br>)<br>) Case No. **1:22-MJ-00025**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 3, 2021__ in the county of __Hamilton__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Brian T. Williams, ATF
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: __Jan 11, 2022__

_____
Judge's signature

City and state: __Cincinnati, Ohio__    Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, BRIAN T. WILLIAMS, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging GREG EUGENE MCINTOSH with a violation of 18 U.S.C. § 922(g)(1), Possession by a Prohibited Person.

2. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and have been assigned since March 2018. As a part of my training with the ATF, I completed Task Force Officer training, at ATF Headquarters located in Washington D.C in June 2019. I also completed National Integrated Ballistic Information Network (N.I.B.I.N.) training, located in Cincinnati, Ohio, in March of 2018.

3. In my assignment with ATF, I have been assigned to the Cincinnati Field Office in the Southern Judicial District of Ohio. In conjunction to my assignment with ATF, I am also a Deputy Sheriff with the Hamilton County Sheriff's Office in Hamilton County, Ohio. I have been employed in that capacity since March of 2002. I have been assigned to the Criminal Investigation Section since September of 2006 and have taken part in various criminal investigations during my tenure. I have received additional training in several areas of law enforcement, including but not limited to Ohio Department of Public Safety in fraudulent document investigation, John E. Reid and Associates for interviewing and interrogation techniques, Butler Tech Law Enforcement Institute for basic criminal investigations, Hamilton County Coroner's Laboratory in physical evidence for shooting investigations, Ohio State Highway Patrol on fraudulent document detection, Ohio Attorney General's fraud against seniors course and human trafficking investigation, Southern Police Institute for homicide investigations and sex crimes investigations, Law Enforcement Officer Technology Training Associates for social media investigations,

National Institute for Truth Verification for truth verification testing and examination techniques, Southwest Ohio Regional Training Center with Ohio Child Welfare for Beyond the Silence child abuse investigations, David Mandel and Associates Safe and Together Program for investigations with children involved in domestic violence, Ohio Crisis Intervention Team for investigating and responding to incidents of crisis or in mental health, Public Agency Training Council for child death and homicide investigation as well as officer involved shootings.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other officers and witnesses, as well as my review of Body Worn Camera video footage and law enforcement reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

5. On November 3, 2021, Cincinnati Police Department (CPD) Officers Jason Wallace and Cameron Fehrman, along with plain clothes officer Katelyn Hoffbauer, initiated a traffic stop on a 2016 Chevrolet Cruze bearing Ohio License Plate GZD6575 at 1755 Bleeker Lane. The vehicle was being operated by Greg MCINTOSH, a known subject, and officers were aware of his multiple misdemeanor warrants.

6. Once the vehicle stopped, officers approached and observed a loaded Glock drum magazine in plain view on the driver's floorboard. Officers asked MCINTOSH and his female passenger, Da'isha Daniels, to exit the vehicle. Officers searched the vehicle and located a Glock 23 .40 caliber, under the front passenger's seat. Daniels was advised of her Miranda Rights by Officer Fehrman. She told officers the firearm was not hers and is not surprised MCINTOSH has a firearm.

7. While placing MCINTOSH into custody, he made several comments about having the firearm for protection. He also stated his girlfriend, Da'isha Daniels, had nothing to do with the items in the vehicle. Officer Fehrman advised MCINTOSH of his Miranda Rights. MCINTOSH went on to say he carries the firearm for protection and has had the firearm for a few years.

8. The firearm recovered is described as follows:

   a. a Glock, Model 23, .40 caliber semi-automatic pistol bearing serial number EXP847 loaded with 15 rounds of .40 caliber ammunition. Also, there were two additional magazines located with an additional 59 rounds of .40 caliber ammunition for a total of 74 rounds of .40 caliber ammunition.

9. On November 8, 2021, a NIBIN Lead was published showing a correlation between the test fired casing from MCINTOSH'S Glock 23 to a crime scene casing from a felonious assault involving MCINTOSH at 855 Steffen Ave on November 20, 2020. MCINTOSH was shot while sitting in his vehicle. Two different .40 caliber casings were recovered from the scene, and one matches the gun MCINTOSH advised he has owned for a few years.

10. On December 7, 2021, TFO Williams received certified Hamilton County (OH) convictions for the above listed offense, along with certified fingerprint records and comparisons from the Hamilton County Sheriff's Office, confirming that MCINTOSH is the same person arrested on November 3, 2021, as the listed convictions below.

11. ATF Special Agent William D. Crayner conducted an interstate nexus inquiry on the firearm described above. The firearm described above was manufactured outside the state of

Ohio. Therefore, the firearm MCINTOSH possessed traveled in interstate commerce prior to November 3, 2021.

      12.     Prior to November 3, 2021, MCINTOSH had been convicted of crimes punishable by a term of imprisonment exceeding one year. Specifically, MCINTOSH was convicted of Possession of Cocaine in Hamilton County (OH) Court of Common Pleas Case Number B9801306. Possession of Cocaine is a crime punishable by a term of imprisonment exceeding one year. MCINTOSH's Entry of a Plea of Guilty in Case B9801306 advised MCINTOSH that the maximum sentence of imprisonment was eighteen (18) months for his Possession of Cocaine conviction. MCINTOSH signed the Entry of Plea of Guilty form on March 27, 1998, which expressly stated "I understand the maximum penalty." Therefore, on November 3, 2021, MCINTOSH knew he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year. Also, MCINTOSH was convicted of Failure to Comply with an Order or Signal of a Police Officer in Hamilton County (OH) Court of Common Pleas Case Number B0903287. Failure to Comply with an Order or Signal of a Police Officer is a crime punishable by a term of imprisonment exceeding one year. MCINTOSH's Entry of a Plea of Guilty in Case B0903287 advised MCINTOSH that the maximum sentence of imprisonment was sixty (60) months for his Failure to Comply with an Order or Signal of a Police Officer conviction. MCINTOSH signed the Entry of Plea of Guilty form on August 13, 2009, which expressly stated "I understand the maximum penalty." Therefore, on November 3, 2021, MCINTOSH knew he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year. Finally, MCINTOSH was convicted of Having Weapons While Under Disability and Trafficking in Cocaine in Hamilton County (OH) Court of Common Pleas Case Number B1404427. Having Weapons While Under Disability and Trafficking in Cocaine are crimes

punishable by a term of imprisonment exceeding one year.  MCINTOSH's Entry of a Plea of Guilty in Case B1404427 advised MCINTOSH that the maximum sentence of imprisonment was thirty-six (36) months for his Having Weapons While Under Disability conviction and eighteen months (18) for his Trafficking in Cocaine conviction.  MCINTOSH signed the Entry of Plea of Guilty form on October 30, 2014, which expressly stated "I understand the maximum penalty." Therefore, on November 3, 2021, MCINTOSH knew he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year.

13. All the events described above occurred within the Southern District of Ohio.

## CONCLUSION

14. Based on the facts set forth in the Affidavit, there is probable cause to believe that on or about November 3, 2021, in the Southern District of Ohio, GREG EUGENE MCINTOSH committed a violation of 18 U.S.C. § 922(g)(1), Possession by a Prohibited Person.

Respectfully submitted,

BRIAN T. WILLIAMS
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me on this 11th day of January, 2022
via electronic means, specifically Facetime video.

HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE